**92-2477.** Allsop v. Spitler. *Hancock County*, No. 5-92-22.
PFEIFER, J., dissents.

**92-2478.** Curci v. Aetna Cas. & Sur. Co. *Erie County*, No. E-92-44.

**92-2480.** Musa v. Gillett Communications. *Cuyahoga County*, No. 64447. On motion to certify the record and motion to reconsider denial of extension. Motions denied.

**92-2484.** Cinvest, Inc. v. Freed. *Hamilton County*, No. C-910791.

**92-2492.** Ortiz v. Elyria Foundry Co. *Lorain County*, No. 92CA005302.
DOUGLAS, J., dissents.

**92-2493.** Reece v. Greenblatt. *Hamilton County*, No. C-910900.

**92-2498.** Midwest Grdn., Inc. v. Cook. *Allen County*, No. 1-92-7.

**92-2504.** State v. Waddell. *Hocking County*, No. 91-CA-16.
MOYER, C.J., and DOUGLAS, J., dissent.

**92-2508.** The Athens News, Inc. v. Gibson. *Athens County*, No. 1524.
PFEIFER, J., dissents.

**92-2524.** Cleveland Elec. Illum. Co. v. Cleveland. *Cuyahoga County*, Nos. 60930 and 60943.
F.E. SWEENEY, J., not participating.

**92-2540.** Dent v. Ford Motor Co. *Lorain County*, No. 92CA005289.
PFEIFER, J., dissents.

**92-2554.** Bear v. Geetronics, Inc. *Butler County*, No. CA92-03-051.
DOUGLAS and PFEIFER, JJ., dissent.

**92-2564.** Walter v. Union Cent. Life Ins. Co. *Brown County*, No. CA92-04-009.

**92-2572.** Brainard v. Youngstown. *Mahoning County*, No. 91 C.A. 156.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92-2573.** State v. Moran. *Hamilton County*, No. C-920279.
WRIGHT, J., dissents.

**92-2586.** Cleveland Elec. Illum. Co. v. Cleveland. *Cuyahoga County*, Nos. 60930 and 60943.
DOUGLAS and WRIGHT, JJ., dissent.
F.E. SWEENEY, J., not participating.

## REHEARING DOCKET

**92-2105.** Hurst v. Cavanaugh. *Jefferson County*, No. 90-J-7. Reported at 65 Ohio St.3d 1498, 605 N.E.2d 951. On motion for rehearing. Rehearing denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**92-2197.** Holiday Homes, Inc. v. Miami Twp. Bd. of Trustees. *Clermont County*, No. CA91-09-068. Reported at 65 Ohio St.3d 1496, 605 N.E.2d 950. On motion for rehearing. Rehearing denied.

**92-2210.** Abbott v. Mayfield. *Hamilton County*, No. C-910506. Reported at 66 Ohio St.3d 1404, 605 N.E.2d 1262. On motion for rehearing. Rehearing denied.
RESNICK, J., dissents.

**92-2499.** Sabula v. Limbach. *Geauga County*, No. 92-G-1718. Reported at 66 Ohio St.3d 1402, 605 N.E.2d 1259. On motion for rehearing. Rehearing denied.